UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

80sTEES.COM, INC.,

    Plaintiff,

v.

JERSEY NATION PTY., LTD., et al.,

    Defendants.

_____/

Case No. 1:24-cv-1335

HONORABLE PAUL L. MALONEY

## ORDER OF PARTIAL DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal as to Defendant Shakir Hammadi (ECF No. 8) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice as to Defendant Shakir Hammadi.

    **IT IS SO ORDERED**.

Dated:  March 27, 2025

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge